UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

| | |
|---|---|
| **LAURIE KIE, JONATHON RUSSO** and **SINAE CRUZ,** individually, and on behalf of others similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>**IVOX SOLUTIONS, LLC,** a Florida Limited Liability Company, **ROBERT NEWTON,** an individual, and **CHRISTOPHER STAPLETON**, an individual,<br><br>             Defendants. | **CIVIL ACTION**<br><br>**Case No. 2:15-cv-14296-RLB**<br><br>**Judge: Robin L. Rosenberg**<br><br>**Mag. Judge: Frank J. Lynch, Jr.** |

### ORDER FOR APPROVAL OF PROPOSED SETTLEMENT, INCENTIVE AWARD, AND AN AWARD OF ATTORNEYS' FEES AND COSTS

This matter is before the Court on Plaintiffs' Unopposed Motion for Approval of Proposed Settlement, Incentive Award, and an Award of Attorneys' Fees and Costs;

Having reviewed the Motion and considered the parties' settlement agreement, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Motion for Approval of Proposed Settlement, Incentive Award, and an Award of Attorneys' Fees and Costs is GRANTED;

IT IS FURTHER ORDERED that the settlement of Plaintiffs' FLSA claims is a fair and reasonable resolution of *bona fide* disputes and is approved;

IT IS FURTHER ORDERED that Plaintiffs' claims are DISMISSED with prejudice and without additional costs or attorney fees to either party;

IT IS FURTHER ORDERED that this Court retains jurisdiction over any disputes related to the settlement agreement and its terms;

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 16th day of August, 2016.

_____
Robin L. Rosenberg
United States District Court Judge

**REVIEWED AND AGREED TO BY:**

Sommers Schwartz, P.C.

By: /s/*Jesse L. Young*
Jesse L. Young (P72614)
Attorneys for Plaintiffs
One Towne Square, Suite 1700
Southfield, MI  48076
(248) 355-0300
jyoung@sommerspc.com
*Attorneys for Plaintiffs*


Scott Wagner & Associates, P.A.

By: /s/*Cathleen Scott*
Cathleen Scott (FL Bar No. 135331)
Attorneys for Defendants
250 South Central Blvd.
Jupiter, FL  33458
Telephone: (561) 653-0008
cscott@scottwagnerlaw.com
*Attorneys for Defendants*